AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States of America )
v. )
)
RODRIGUEZ-REYES, Orlando Roberto )
)
)
*Defendant(s)*

Case No. M-14-2277-M

(Related: M-14-2225-m)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 11/26/2014 in the county of Starr in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956(a)(2)(B)(i),(ii),&(A) | Conspired to move money internationally, in order to conceal the nature, source, location, ownership, control of specified unlawful activity proceeds, avoid reporting requirements, with intent to promote unlawful activity |

This criminal complaint is based on these facts:

[See Attachment 1]

☑ Continued on the attached sheet.

Approved for filing
P Profit 12/2/14

Sworn to before me and signed in my presence.

Date: 12/2/2014

City and state: McAllen, Texas

*Complainant's signature*
James P. Burke/DEA Special Agent
*Printed name and title*

*Judge's signature*
Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

FILED
DEC 0 2 2014
Clerk of Court
United States District Court
Southern District of Texas

ATTACHMENT I

1. On November 26, 2014, Customs and Border Protection's air wing (OMAHA 21) observed and followed a suspicious vehicle from the Rio Grande River to 1052 River Bend, Rio Grande City, Texas. Two subjects were observed carrying back packs into the property. A consensual search at the residence, conducted by Texas Department of Public Safety criminal investigators and Rio Grande, Texas Border Patrol agents resulted in the apprehension of Orlando Roberto RODRIGUEZ-Reyes. RODRIGUEZ-Reyes was taken to the Rio Grande City, Texas Border Patrol station for processing. During intake processing, RODRIGUEZ-Reyes identified himself by his alias, COMANDANTE BORIS, and acknowledged entering the United States illegally, without inspection, through the Rio Grande River on November 26, 2014.

2. Investigators with Starr County HIDTA responded to the Rio Grande City, Texas Border Patrol station and interviewed RODRIGUEZ-Reyes. Under rights advisement and waiver, RODRIGUEZ-Reyes stated that he had approximately $100,000.00 in United States currency (USC) hidden at his residence. Starr County HIDTA investigators obtained written consent from RODRIGUEZ-Reyes to search his home and seized approximately $187,709.00 USC inside a hidden compartment within the residence.

3. On November 28, 2014, Starr County HIDTA investigators re-interviewed RODGRIGUEZ-Reyes, under rights advisement and waiver RODRIGUEZ-Reyes stated the following. RODRIGUEZ-Reyes stated that the money was derived illegally, from drug proceeds, which were paid to him in Mexico by members of the Gulf Cartel drug trafficking organization (DTO). RODRIGUEZ-Reyes stated that he was employed as a "sicario" (hit man) and tasked with securing his area of responsibility from members of Los Zetas DTO. RODRIGUEZ-Reyes stated that he was paid, in Mexico, a salary of $800.00 USC, every 15 days, but would also receive thousands of dollars from Gulf Cartel leaders following successful drug trafficking operations. RODRIGUEZ-Reyes stated that the currency, seized by Starr County HIDTA investigators, was money he had brought from Mexico that RODRIGUEZ-Reyes had saved while working for the Gulf Cartel DTO.

4. Agents believe that the money was smuggled into the United States from Mexico in order to avoid reporting requirements, as well as to conceal the nature, source, location, ownership, and control with intent to promote a specified unlawful activity. RODRIGUEZ-Reyes did not indicate to Starr County HIDTA investigators how he "brought" the money into the United States in violation of United States reporting requirements. RODRIGUEZ-Reyes concealed the money within a hidden compartment and admitted that the money was obtained illegally as part of his position within the Gulf Cartel as a hit man, as well securing area from rival drug trade organizations and promoting drug trafficking operations.