IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CAUSE NO. M-14-2277-M |
| ORLANDO ROBERTO RODRIGUEZ-REYES | § § | |

NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, G. ALLEN RAMIREZ, Attorney at Law, and submits this his Notice of Appearance as attorney of record for all proceedings in the above-styled and numbered cause.

Respectfully submitted,

G. ALLEN RAMIREZ
ATTORNEY AT LAW
515 East Second Street
Rio Grande City, TX  78582
Tele:  (956) 487-4585
Fax:   (956) 487-0565


By:   _/s/G. Allen Ramirez_
   G. ALLEN RAMIREZ
   State Bar 16501800
   Federal No. 7762

## CERTIFICATE OF SERVICE

I, G. Allen Ramirez hereby certify that on the 4th day of December 2014 a true and correct copy of the foregoing *Notice of Appearance* was forwarded by electronic mail on **United States Attorney's Office, Bentsen Tower, 1701 West Highway 83, Suite 600, McAllen, Texas 78501.**

/s/ G. Allen Ramirez
**G. ALLEN RAMIREZ**